———o———

JAS. HODKINS, *et al.*, Plaintiffs in Error, *vs.* H. M. TAYLOR, Defendant in Error.

1. *Writ of error—Final judgment.*—Writ of error will not lie in the absence of final judgment.

### Error to St. Clair Circuit Court.

*Frank H. Clark, with Waldo P. Johnson,* for Plaintiffs in Error.

*Burdett, Smith & Harrison,* for Defendant in Error.

SHERWOOD, Judge, delivered the opinion of the court.

We have no jurisdiction over this cause, for the reason that there is no final judgment therein. The writ of error must therefore be dismissed; Judge Vories absent; the other judges concur.